UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SUARES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYBON JOHNSON, Warden,<br><br>　　　　　Respondent. | Case No. CV 19-10555 MWF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss is granted. The Petition is denied and Judgment shall be entered dismissing this action without prejudice.

\\

\\

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  September 22, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE