JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SUARES,<br>           Petitioner,<br>   v.<br>RAYBON JOHNSON, Warden,<br>           Respondent. | Case No. CV 19-10555 MWF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: September 22, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE